

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00322-CV

**WINDSOR VILLAGE SA INVESTORS, LLC**,
Appellant

v.

**BRASS SMALL BALANCE MULTI-FAMIY, LLC** and Trinity Title Texas, LLC d/b/a
Thomas Title & Escrow,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07135
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Appellant filed a notice of appeal stating their intention to appeal the trial court's May 12, 2021 Final Judgment. Subsequently, the clerk's record was filed but it does not contain a final judgment signed by the trial court.

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We ORDER Appellant to show cause in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court